DOCKET#
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

MAY - 7 2008

FILED
THERESA M. OWENS, CLERK
CASE#

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | )  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 05-CR-14 |
| | ) |
| WALTER ALLEN HARRIS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IN THE MATTER OF THE APPLICATION FOR A
<u>WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

TO THE HONORABLE STEPHEN L. CROCKER
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF WISCONSIN

The petition of the United States Attorney for the Western District of Wisconsin respectfully shows to this Honorable Court that Walter Harris is a defendant in the above-entitled action whose appearance is necessary for an initial appearance.

That petitioner further alleges that said proceedings will be held in Room 260, United States Courthouse, 120 North Henry Street, Madison, Wisconsin 53703, commencing on May 27, 2008, at 10:00 a.m.

That petitioner has been informed and believes that Walter Harris is now confined at the New Lisbon Correctional Institution at which institution said person is committed pursuant to the order of a court of the State of Wisconsin.

WHEREFORE, your petitioner prays that this Honorable Court order that a Writ of Habeas Corpus be issued from this court to the warden, the United States Marshal

for the Western District of Wisconsin, or any other person having lawful custody of the above-named defendant at the New Lisbon Correctional Institution requiring him/her to produce the body of the said Walter Harris at the time and place set forth above and for any other proceedings scheduled by the court herein.

Dated at Madison, Wisconsin, this 6th day of May 2008.

/s/
RITA M. RUMBELOW
Assistant United States Attorney

Upon the foregoing petition,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus ad prosequendum be issued as prayed for in the foregoing Petition.

IT IS FURTHER ORDERED that the United States Marshal shall retain custody of the defendant until further order of the court.

Dated this 7TH day of May 2008.

HONORABLE STEPHEN L. CROCKER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) Case No. 05-CR-14 ) |
| WALTER ALLEN HARRIS, | ) ) |
| Defendant. | ) ) |

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF WISCONSIN, WARDEN, OR ANY OTHER PERSON HAVING LAWFUL CUSTODY OF THE ABOVE-NAMED DEFENDANT.

GREETINGS:

WE COMMAND YOU, that you have the body of

WALTER ALLEN HARRIS

now detained in the New Lisbon Correctional Institution, under safe and secure conduct at Room 260, United States Courthouse, 120 North Henry Street, Madison, Wisconsin 53703, commencing May 27, 2008, at 10:00 a.m., for the purpose of an initial appearance and for any other proceedings scheduled by the court herein.

WITNESS, the Honorable United States Magistrate Judge for the Western District of Wisconsin, at Madison, Wisconsin, Western District of Wisconsin, on this 7th day of May 2008.

THERESA M. OWENS, Clerk
United States District Court
Western District of Wisconsin

By _____
Clerk